# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2010

140775 (57)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

SC: 140775
COA: 294667
Wayne CC: 09-015867-AR

MARY M. WATERSTONE,
     Defendant-Appellee.
_____/

On order of the Court, the motion for reconsideration of this Court's June 4, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, J., would grant the motion for reconsideration and grant leave to appeal, for the reasons stated in his dissenting statement in this matter.

HATHAWAY, J., would grant the motion for reconsideration and grant leave to appeal.

CORRIGAN, J., states as follows:

I am not participating because I may be a witness in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2010

_____
Clerk

0708